UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30048 |
| | ) | |
| MARIO BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

On October 3, 2005, the Court received a letter from Defendant Mario Brown.  Ex parte letters, such as the one the Defendant sent, are strictly prohibited.  The Court is forwarding the Defendant's letter to Defense counsel and counsel for the Government.  Moreover, the Defendant shall not have any further correspondence with the Court unless it is through his counsel.  The Court will not consider the instant letter and it will not read any future letters from the Defendant.  Future letters will be returned to the Defendant unopened.

Ergo, the Defendant is admonished about his ex parte letter and

warned to attempt no further ex parte communications with the Court.

IT IS SO ORDERED.

DATE:  October 3, 2005

FOR THE COURT:

                                                    s/ Richard Mills
                                                    United States District Judge